ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff
RUCKUS WIRELESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| RUCKUS WIRELESS, INC., | CASE NO. C09-05271 PJH |
|---|---|
| Plaintiff, | ORDER DENYING REQUEST |
| v. | ~~STIPULATION AND [PROPOSED] ORDER~~ **TO RESCHEDULE HEARING FOR MOTION TO DISMISS** |
| NETGEAR, INC., et al., | |
| Defendants. | |

NETGEAR, INC. and Rayspan Corporation, collectively, filed a motion to dismiss on December 28, 2010 (Docket No. 11).  Plaintiff Ruckus Wireless, Inc. subsequently filed its opposition January 13, 2010 (Docket No. 12); NETGEAR, Inc. and Rayspan Corporation filed their reply brief on January 20, 2010 (Docket No. 15).  The matter is now fully briefed and ready for oral argument.

Said motion set the hearing date for February 3, 2010 at 9:00 AM.  The initial case management conference for this matter is currently on calendar for February 11, 2010 at 2:00 PM in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California (Docket No. 10).

The parties each having discussed the merits in consolidating the initial case management conference with the hearing on the motion to dismiss and in the interest of preserving the Court's

1  time, IT IS HEREBY STIPULATED that, if it is convenient for the Court, the hearing date on
2  NETGEAR, Inc. and Rayspan Corporation's motion to dismiss be moved to and consolidated with
3  the initial case management conference on calendar for February 11, 2010 at 2:00 PM in Courtroom
4  3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California.

6      SO STIPULATED.

8  Dated:  January 26, 2009         CARR & FERRELL LLP

10                                By:  /s/ Colby B. Springer
                                   ROBERT J. YORIO (SBN 93178)
11                                COLBY B. SPRINGER (SBN 214868)
                                 CARR & FERRELL LLP
12                                2200 Geng Road
                                 Palo Alto, California 94303
13                                Telephone:     (650) 812-3400
14                                Facsimile:      (650) 812-3444

15                                Attorneys for Plaintiff and Counter-Defendant
                                 RUCKUS WIRELESS, INC.
16

17  Dated:  January 26, 2009         DURIE TANGRI LLP

19                                By:  /s/ Joseph C. Gratz
                                   DARALYN J. DURIE (SBN 169825)
20                                JOSEPH C. GRATZ (SBN 240676)
                                 217 Leidesdorff Street
21                                San Francisco, California 94111
                                 Telephone: (415) 362-6666
22                                Facsimile: (415) 236-6300

23                                Attorneys for Defendants
24                                NETGEAR, INC. and RAYSPAN CORPORATION

**Signature Attestation**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this efiled document.

Dated: January 26, 2009           By   /s/ Colby B. Springer
                                       COLBY B. SPRINGER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: 1/27/10                           _____
                                         [DENIED stamp — signed]
                                         Judge Phyllis J. Hamilton
                                         United States District Court Judge

NO COURT REPORTERS ARE PRESENT DURING CASE MANAGEMENT CONFERENCES AND THE FEBRUARY 11TH CALENDAR IS ALREADY FULL.