COLBY B. SPRINGER (SBN 214868)
CSpringer@LRLaw.com
**LEWIS AND ROCA LLP**
2440 W. El Camino Real, Sixth Floor
Mountain View, CA 94040
Telephone: (650) 391-1380
Facsimile: (650) 687-8492

SHANE E. OLAFSON (*Pro Hac Vice*)
SOlafson@LRLaw.com
**LEWIS AND ROCA LLP**
40 N. Central Ave. Suite 1900
Phoenix, AZ 85004
Telephone: (602) 262-5327
Facsimile: (602) 734-3756

*Attorneys for Plaintiff and Counterclaim Defendant Ruckus Wireless, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RUCKUS WIRELESS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>NETGEAR, INC., a Delaware corporation; and RAYSPAN CORPORATION, a Delaware corporation,<br><br>    Defendants. | CASE NO. 09-cv-05271-PJH<br><br>[**PROPOSED**] ORDER GRANTING STIPULATION TO LIFT STAY |

After review and consideration of the Parties' Stipulated Request to Lift Stay, and for good cause appearing, the stay of this proceeding is hereby lifted. The parties shall appear for a case management conference on ___January 3, 2013___, at ___2:00___ pm.

Dated: October 22, 2012

_____
Honorable Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*