1  COLBY B. SPRINGER (SBN 214868)
   CSpringer@LRLaw.com
2  **LEWIS AND ROCA LLP**
   2440 W. El Camino Real, Sixth Floor
3  Mountain View, CA  94040
   Telephone: (650) 391-1380
4  Facsimile:  (650) 687-8492

5  SHANE E. OLAFSON (*Pro Hac Vice*)
   SOlafson@LRLaw.com
6  **LEWIS AND ROCA LLP**
   40 N. Central Ave. Suite 1900
7  Phoenix, AZ 85004
   Telephone: (602) 262-5327
8  Facsimile: (602) 734-3756

9  *Attorneys for Plaintiff and Counterclaim
   Defendant Ruckus Wireless, Inc.*

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RUCKUS WIRELESS, INC., a Delaware corporation, | CASE NO. 09-cv-05271-PJH |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION TO LIFT STAY** |
| v. | |
| NETGEAR, INC., a Delaware corporation; and RAYSPAN CORPORATION, a Delaware corporation, | |
| Defendants. | |

After review and consideration of the Parties' Stipulated Request to Lift Stay, and for good cause appearing, the stay of this proceeding is hereby lifted.  The parties shall appear for a case management conference on  January 3, 2013 , at  2:00 pm.

Dated: October 22, 2012

_____
Honorable Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton