AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

RUCKUS WIRELESS, INC.
　　　　　　Plaintiff (s),
V.
NETGEAR, INC., et al.
　　　　　　Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 09-CV-5271

Notice is hereby given that, subject to approval by the court, __NETGEAR, Inc.__ substitutes
(Party (s) Name)

__Nina Y. Wang__, State Bar No. __213011__ as counsel of record in
(Name of New Attorney)

place of __Joseph C. Gratz and Daralyn J. Durie (Durie Tangri LLP)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　　Firm Name:　　Faegre Baker Daniels, LLP
　　Address:　　3200 Wells Fargo Center, 1700 Lincoln Street, Denver, CO 80203-4532
　　Telephone:　　(303) 607-3802　　　Facsimile　(303) 607-3600
　　E-Mail (Optional):　　nina.wang@faegreBD.com

I consent to the above substitution.
Date: 11/19/2012
　　　　　　　　　　　　　　　　　　NETGEAR, Inc.
　　　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.
Date: 11/19/2012
　　　　　　　　　　　　　　　　　　/s/ Joseph C. Gratz and Daralyn J. Durie
　　　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/19/2012
　　　　　　　　　　　　　　　　　　/s/ Nina Y. Wang
　　　　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 12/12/12
　　　　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]